

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00258-CV

Sheldon Philip **BRANDON**,
Appellant

v.

Armandina **BRANDON**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-16859
Honorable Mary Lou Alvarez, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Velia J. Meza, Justice

Delivered and Filed: July 8, 2026

DISMISSED FOR WANT OF PROSECUTION

On March 25, 2026, the appellant filed a notice of appeal without paying the requisite filing fee. *See* TEX. R. APP. P. 5. We notified appellant by letter that the notice of appeal had been conditionally filed because the filing fee had not been paid. We instructed appellant to pay the fee and cautioned if the fee was not paid, the appeal was subject to being stricken by this court. The fee was not paid.

On May 20, 2026, we ordered appellant, by June 1, 2026, to either: (1) pay the filing fee; or (2) provide written proof it was entitled to appeal without paying the filing fee. We warned appellant if it failed to respond within the time ordered, we would dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3(c).

Appellant has not paid the filing fee or responded to our order as directed. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5, 42.3(c); *Zayas v. Denson*, No. 04-18-00373-CV, 2018 WL 3551193, at *1 (Tex. App.—San Antonio July 25, 2018, no pet.) (mem. op.) (dismissing appeal for failure to pay filing fee).

PER CURIAM